IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ousley, Donica Lynn

Printed: 6/24/08

Case Number: 04 B 32181
Judge: Hollis, Pamela S
Filed: 8/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 23, 2008
Confirmed: November 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 16,200.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 12,567.71 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,600.00 |
| Trustee Fee: |  | 832.29 |
| Other Funds: |  | 200.00 |
| Totals: | 16,200.00 | 16,200.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,600.00 | 2,600.00 |
| 2. | Ford Motor Credit Corporation | Unsecured | 7,655.47 | 7,655.47 |
| 3. | Educational Credit Management Corp | Unsecured | 178.96 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 162.68 | 282.85 |
| 5. | ECast Settlement Corp | Unsecured | 69.88 | 121.51 |
| 6. | City Of Hometown | Unsecured | 25.00 | 43.47 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 27.00 | 46.95 |
| 8. | Capital One | Unsecured | 98.82 | 171.83 |
| 9. | Peoples Energy Corp | Unsecured | 117.37 | 0.00 |
| 10. | Midland Credit Management | Unsecured | 27.32 | 47.50 |
| 11. | Illinois Student Assistance Commission | Unsecured | 2,408.88 | 4,188.28 |
| 12. | Asset Acceptance | Unsecured | 5.66 | 9.85 |
| 13. | Asset Acceptance | Unsecured | 45.10 | 0.00 |
| 14. | AT&T | Unsecured |  | No Claim Filed |
| 15. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
| 16. | First Chicago Bank | Unsecured |  | No Claim Filed |
| 17. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 18. | TCF Bank | Unsecured |  | No Claim Filed |
| 19. | Larabida Children's Hospital | Unsecured |  | No Claim Filed |
| 20. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 21. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
| 22. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
| 23. | Budget Rent A Car | Unsecured |  | No Claim Filed |
| 24. | Sprint | Unsecured |  | No Claim Filed |
| 25. | MCI | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Ousley, Donica Lynn | Case Number: 04 B 32181 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 8/30/04 |

| | | | |
|---|---|---|---|
| 26. University of Chicago | Unsecured | | No Claim Filed |
| 27. United Cash Loans | Unsecured | | No Claim Filed |
| 28. U Store It | Unsecured | | No Claim Filed |
| 29. Women's Workout World | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 13,422.14 | $ 15,167.71 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 142.99 |
| 4% | 48.01 |
| 3% | 30.00 |
| 5.5% | 209.00 |
| 5% | 60.00 |
| 4.8% | 113.11 |
| 5.4% | 229.18 |
| | _____ |
| | $ 832.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

